UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JAMIE LUEVANO,<br><br>    Plaintiff,<br><br>       v.<br><br>KAMALA HARRIS, et al.,<br><br>    Defendants. | Case No. 22-cv-04397-LB<br><br>**ORDER OF TRANSFER** |

Jamie Luevano filed this *pro se* civil rights action complaining about events and omissions occurring at the Alfred Hughes Unit, a prison located in Coryell County, Texas and within the venue of the Western District of Texas. Plaintiff is detained in the Western District of Texas. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Western District of Texas and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Western District of Texas.

**IT IS SO ORDERED.**

Dated: January 16, 2024

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 23-cv-04397-LB